Silverman v Milford Mgt. Corp. (2023 NY Slip Op 50992(U))

[*1]

Silverman v Milford Mgt. Corp.

2023 NY Slip Op 50992(U)

Decided on September 21, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 21, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, James, JJ.

570608/23

Ellen Silverman, Plaintiff-Appellant,
against
Milford Management Corp. and Board of Managers of Liberty Court, Defendants-Respondents.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Hilary Gingold, J.), entered October 6, 2022, after trial, in favor of defendants dismissing the action.

Per Curiam.
Judgment (Hilary Gingold, J.), entered on October 6, 2022, affirmed, without costs.
The record establishes that the trial court applied the appropriate rules and principles of substantive law and accomplished substantial justice (see CCA 1804, 1807) in dismissing this small claims action arising from water damage inside plaintiff's condominium unit. A fair interpretation of the evidence supports the trial court's finding that the condominium bylaws require plaintiff unit owner to bear the repair cost for any damages occurring in her unit due to alterations made by her within the four walls. Therefore, plaintiff - not defendants condominium board of managers and managing agent - is responsible for the water damages caused by a ruptured pipe under her kitchen sink, inasmuch as plaintiff replaced that pipe during a gut renovation of her kitchen before the date of the incident (see Davis v Prestige Mgt. Inc., 98 AD3d 909, 910 [2012]). 
The trial record does not support plaintiff's contention that she was deprived of a fair trial or that she was not allowed to cite relevant case law. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 21, 2023